UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHADWICK TROEGER,
                      Plaintiff,

-v-

JETBLUE AIRWAYS CORP., *et al.*,
                      Defendants.

23-CV-10859 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      Upon granting Plaintiff Chadwick Troeger's counsel's motion to withdraw, the Court directed Troeger to submit, by April 30, 2025, a letter indicating his current address and whether he has obtained counsel or intends to proceed *pro se* (without representation).[*] (ECF No. 67.) On May 1, 2025, attorney Joshua Michael Stahley moved to appear pro hac vice in this Court on behalf of Troeger. (ECF No. 69.) The Clerk of Court notified Stahley that his motion was deficient for failure to include a certificate of good standing from the Supreme Court of Florida issued within the last thirty days (ECF entry dated May 1, 2025), as is required by Local Rule 1.3(k). Stahley has yet to refile his motion with the required documentation, and thus has not yet properly appeared.

      Accordingly, by June 26, 2025, either (1) Troeger shall file a letter indicating his current address and that he intends to proceed *pro se* (following the instructions in the Court's April 1, 2025 Order) or (2) Stahley shall submit a compliant motion to appear pro hac vice. If Troeger and Stahley fail to comply with this Order, this case will be dismissed for failure to prosecute.

---

[*] In the same order, the Court extended all deadlines in this case by thirty days to permit Troeger to obtain new counsel. (ECF No. 67 at 1.) Accordingly, fact discovery is due to conclude on August 11, 2025, and the parties are to submit a joint status letter by that date. (*See* ECF Nos. 60, 67.)

1

2

SO ORDERED.

Dated: June 5, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge