UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHADWICK TROEGER,

                    Plaintiff,

-v-

JETBLUE AIRWAYS CORP., *et al.*,

                    Defendants.

23-CV-10859 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A telephone conference was held in this case on September 16, 2025. As stated on the record during that conference, Defendants' letter motions to compel discovery (ECF Nos. 76 and 78) are granted as follows:

- By the close of business on September 17, 2025, Plaintiff shall produce responsive documents to Defendants.
- By September 23, 2025, Plaintiff shall serve responses to Defendants' deficiency letters.
- By September 23, 2025, Plaintiff shall confirm Plaintiff's availability for a live deposition in New York on October 7 and 8, 2025.

Counsel for the parties shall appear for a telephone conference with the Court on October 3, 2025, at 11:00 a.m. At that time counsel and any interested parties are directed to dial (855) 244-8681 and enter passcode 2312 828 7066 ##.

The Clerk of Court is directed to close the motion at ECF No. 78.

SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge