UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADWICK TROEGER,
                Plaintiff,

-v-

JETBLUE AIRWAYS CORP., *et al.*,
                Defendants.

23-CV-10859 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A telephone conference was held in this case on October 3, 2025. As stated on the record during that conference, Defendants' letter motion to compel discovery (ECF No. 89) is granted as follows:

- By the close of business on October 8, 2025, Plaintiff shall produce Bates-stamped documents with references to the pertinent document requests in response to Defendants' document requests.

- By the close of business on October 8, 2025, Plaintiff shall serve complete responses to Defendants' deficiency letters.

    The parties shall file a joint status letter by October 10, 2025, apprising the Court of Plaintiff's compliance with the above directives.

    In light of Plaintiff's failure to comply with the directives of the Court issued on September 16, 2025 (ECF No. 87), this Court must order Plaintiff to pay reasonable expenses, including attorney's fees. Fed. R. Civ. P. 37(b)(2)(C). Within 21 days after the date of this Order, Plaintiff shall reimburse Defendants for reasonable attorney's fees and costs incurred in connection with Plaintiff's failure to comply, or, if the parties are unable to reach agreement on the amounts, Defendants shall file documentation of such amounts.

Plaintiff Chadwick Troeger as well as counsel for all parties are directed to appear in person for a conference with the Court on **October 16, 2025, at 3:00 p.m.**  The conference will take place in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to close the motion at ECF No. 89.

SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge