UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADWICK TROEGER,
                      Plaintiff,

-v-

JETBLUE AIRWAYS CORP., *et al.*,
                      Defendants.

23-CV-10859 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Plaintiff's letter motion to adjourn the in-person conference scheduled for October 16, 2025 (ECF No. 94) is denied. Attendance of both Plaintiff and Plaintiff's counsel is necessary to address a number of issues, including (1) the discovery deficiencies and whether they were caused by Plaintiff or his counsel, (2) Plaintiff's counsel's motion to withdraw as counsel, (3) Defendants' pending motion for Rule 11 sanctions, (4) whether Plaintiff intends to proceed *pro se* (or to proceed with this case at all), and (5) the effect of these issues on existing deadlines. Because the Court finds that an in-person conference is necessary to address these issues, Plaintiff's counsel's alternative request for permission to appear remotely (ECF No. 93 at 2) is denied.

      The failure to appear at the October 16, 2025 conference by either Plaintiff or Plaintiff's counsel will result in dismissal of this action with prejudice.

      Plaintiff's counsel's letter at ECF Number 93, styled as a "letter motion for extension of time of 30 days on all dates," will be treated as a motion to withdraw as counsel, although it was not properly filed as such. Pursuant to Local Rule 1.4(b), "an attorney who has appeared for a party may be relieved or displaced only by order of the court." The motion to withdraw will be addressed at the October 16, 2025 conference. The Court notes that Plaintiff's proposed

"stipulation and order withdrawing as attorney" represents that "this withdrawal will not require an amendment of any existing scheduling order" (ECF No. 93-1)—a representation that is obviously false given that Plaintiff is simultaneously requesting a thirty-day stay of "all deadlines."

The Clerk of Court is directed to terminate the motion at ECF No. 94.

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge