**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CHADWICK TROEGER,

                     Plaintiff,

        -against-                                    23 **CIVIL** 10859 (JPO)

                                                       **JUDGMENT**

JETBLUE AIRWAYS CORP., et al.,

                    Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 27, 2026, Troeger's complaint is DISMISSED with prejudice pursuant to Rule 37. Pursuant to Rule 37, Troeger is ordered to pay JetBlue $5,000 and Petersen $5,000 within thirty days of the date of the order; and Stahley is ordered to pay JetBlue $5,000 and Petersen $4,000 within thirty days of the date of the order. Defendants' motion for sanctions under Rule 11 is DENIED. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:** New York, New York

       March 6, 2026

                                      **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                     **BY:**             K. mango

                                    _____
                                      **Deputy Clerk**